876

J. *Dean,* Assistant Public Defenders, and *George H. Ross,* Public Defender, for appellant; *Carol Mary Los,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Brown, Appellant.

Argued April 13, 1971. *Richard H. Martin,* for appellant; *Carol Mary Los,* Assistant District Attorney, with her *Robert L. Campbell,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Brown, Appellant.

Submitted April 12, 1971. *Randall C. Rodkey,* Assistant Public Defender, for appellant; *Blair V. Pawlowski,* Assistant District Attorney, and *Ferdinand F. Bionaz,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Buck, Appellant.